No. 99–6389. IN RE STONE. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 99–6532. IN RE REIDT. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 99–6275. IN RE LAVERTU; and
No. 99–6341. IN RE PARKER. Petitions for writs of mandamus and/or prohibition denied.

No. 99–391. FREE ET AL. *v.* ABBOTT LABORATORIES, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 99–474. NATSIOS, SECRETARY OF ADMINISTRATION AND FINANCE OF MASSACHUSETTS, ET AL. *v.* NATIONAL FOREIGN TRADE COUNCIL. C. A. 1st Cir. Certiorari granted.

No. 99–478. APPRENDI *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari granted.

No. 99–502. NELSON *v.* ADAMS USA, INC., ET AL. C. A. Fed. Cir. Certiorari granted.

No. 98–9537. SIMS *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–48. LEWIS COUNTY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.